IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CALDONIA DILWORTH, Jr., | ) |
| Plaintiff, | ) |
| vs. | ) CV 02-C-3011-S |
| EUGENE HOLLIS, *et al.*, | ) |
| Defendants. | ) |

FILED
03 OCT 31 AM 10: 27
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
OCT 31 2003

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 16, 2003, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted. 28 U.S.C. § 1915(e)(2)(B)(ii). The plaintiff filed objections on October 20, 2003.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). A Final Judgment will be entered.

DATED this 30th day of October, 2003.

U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE

15